■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v CARL M. COOPER, Appellant. (Appeal No. 2.) [907 NYS2d 907]— Appeal from a judgment of the Erie County Court (Sheila A. DiTullio, J.), rendered December 1, 2008. The judgment convicted defendant, upon his plea of guilty, of criminal possession of a controlled substance in the third degree.

It is hereby ordered that the judgment so appealed from is unanimously affirmed.

Same memorandum as in *People v Cooper* (77 AD3d 1417 [2010] [decided herewith]). Present—Centra, J.P., Peradotto, Carni, Lindley and Sconiers, JJ.